EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Designación de la Lcda. Sandra I. Velázquez Gómez como Compiladora y Publicista del Tribunal Supremo | 2007 TSPR 68

170 DPR ____ |

Número del Caso: EN-2007-01


Fecha: 11 de abril de 2007


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación de la
Lcda. Sandra I. Velázquez Gómez          EN-2007-1
como Compiladora y Publicista del
Tribunal Supremo

RESOLUCIÓN

San Juan, Puerto Rico, 11 de abril de 2007.

Se designa a la Lcda. Sandra I. Velázquez Gómez como Compiladora y Publicista del Tribunal Supremo. La licenciada Velázquez Gómez ejercerá administrativamente cualquiera otra función que le asigne el Juez Presidente y el Tribunal Supremo. Esta designación tendrá efecto el día 18 de abril de 2007.

La licenciada Velázquez Gómez desempeñará sus funciones a tenor con las disposiciones que regulan el funcionamiento de la Oficina de la Compiladora y Publicista.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo